**Order entered July 26, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00546-CV

### 31 HOLDINGS I, LLC, ET AL., Appellants

### V.

### ARGONAUT INSURANCE COMPANY, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-21-0634**

### ORDER

Before the Court is the parties' July 23, 2021 joint motion to extend the time to file their respective briefs. We **GRANT** the motion and extend the time for appellants' brief to August 30, 2021 and appellee's brief to September 30, 2021.

/s/    KEN MOLBERG
       JUSTICE